FILED
NOV - 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

PETER B. (P),[1]   )
                  )
(True Name and Address)   )
Classified),   )
              )
  Plaintiff
              
  v.
              
UNITED STATES
              
  Defendant

CASE NUMBER   1:05CV02189

JUDGE: Richard W. Roberts

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 11/■/2005

## PLAINTIFF'S MOTION TO FILE COMPLAINT AND PROCEED UNDER PSEUDONYM

NOW COMES Plaintiff,., by and through undersigned counsel, and moves this Honorable Court to permit him to file the accompanying Complaint under the litigation pseudonym of "Peter B" using the address of his undersigned counsel.

In support thereof, Plaintiff avers as follows:

Plaintiff was a covert employee of the Central Intelligence Agency ("CIA"). His true name and identifying information, such as home address, are classified SECRET. Therefore, only by proceeding under a pseudonym can Plaintiff exercise his First Amendment right to access the courts. An Order granting similar such permission was previously issued in *M.K. v. Tenet*, 99CV95 (RMU).

The true name and address of Plaintiff is known to his attorney, who is able to provide this information to an Article III judge upon request.

---

[1] The notation "(P)" indicates that the preceding name is a litigation pseudonym assigned to a covert employee of the Central Intelligence Agency.

WHEREFORE, Plaintiff prays this Honorable Court grant his instant motion.

## DECLARATION

I, Roy W. Krieger, pursuant to 28 U.S.C. § 1746, do hereby declare the preceding facts to be true and correct.

Respectfully submitted,

Roy W. Krieger
D.C. Bar #375754
KRIEGER & ZAID, P.L.L.C.
1920 N St., N.W.
Suite 300
Washington, D.C. 20036
202/223-9050