FILED
NOV - 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER B. (P),[1] ) <br> ) <br> (True Name and Address) ) <br> Classified), ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ) <br> ) <br> Defendant ) | Civil No. ___05 2189___ |

### ORDER

Upon consideration of Plaintiff's Motion to File Complaint and Proceed Under a Pseudonym because of the classified nature of his identity, the Court being fully informed as to the relevant facts and law, it is this ___7th___ day of November, 2005 hereby:

**ORDERED,** that Plaintiff's Motion BE and IS **GRANTED.**

_____
United States District Judge

---

[1] The notation "(P)" indicates that the preceding name is a litigation pseudonym assigned to a covert employee of the Central Intelligence Agency.