```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
PETER B.,                     )
                              )
      Plaintiff,              )
                              )
            v.                )    Civil Action No. 05-2189 (RWR)
                              )
UNITED STATES OF AMERICA,     )
                              )
      Defendant.              )
_____)
```

**NOTICE AND ORDER TO SHOW CAUSE**

Plaintiff filed this case on November 7, 2005. Federal Rule of Civil Procedure 4(m) authorizes a court to dismiss an action against a defendant upon proper notice where the plaintiff has not accomplished service of the summons and complaint on a defendant within one hundred twenty days of filing suit. It appearing that plaintiff has failed to serve the defendant as required by Rule 4, it is hereby

ORDERED that on or before March 24, 2006, plaintiff shall either present evidence of service on the defendant or show cause why the case should not be dismissed for failure to effect service on the defendant. Plaintiff is advised that failure to comply will result in dismissal of this case against the defendant.

- 2 -

SIGNED this 14th day of March, 2006.

                                                         /s/
                                    RICHARD W. ROBERTS
                                    United States District Judge