UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PETER B., | ) | |
| (True Name and Address | ) | |
| Classified), | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 05CV2189 (RWR) |
| | ) | |
| THE UNITED STATES OF | ) | |
| AMERICA | ) | |
| | ) | |
| Defendant | ) | |

**PLAINTIFF S RESPONSE TO SHOW CAUSE ORDER**

NOW COMES Plaintiff, Peter B., by and through undersigned counsel, pursuant to the March 14, 2006 Show Cause Order of this Court, and avers as follows:

The Complaint in this matter was served upon the U.S. Attorney for the District of Columbia via certified mail # 7002 2030 0001 4367 2272, for which a return receipt was accepted on January 25, 2006, within the time prescribed by Rule 4(m), Fed.R.Civ.Proc. Plaintiff did not file a notice for this service because this case is related to

which Defendants therein have advised Plaintiffs that Defendants therein intend to

in this case would therefore appear to be a certainty.[1]

WHEREFORE, Plaintiff prays this Honorable Court vacate its Show Cause Order pending a response by Defendant due on or before March 27, 2006.

---

[1] CIA Office of General Counsel has classified the very existence of a related case.

Respectfully submitted,

_____/s/_____
Roy W. Krieger
D.C. Bar # 375754
KRIEGER & ZAID, P.L.L.C.
1920 N. Street, N.W.
Suite 300
Washington, D.C. 20036
202/223-9050