UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PETER B.,** | ) |
|  | ) |
|     **Plaintiff,** | ) |
|  | ) |
|     v. | ) Civil Action No. 05-2189 (RWR) |
|  | ) |
| **THE UNITED STATES OF AMERICA** | ) |
|  | ) |
|  | ) |
|     **Defendant.** | ) |
|  | ) |

## PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney Marian L. Borum as counsel for the defendant in this action.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    United States Attorney
    D.C. Bar #451058


    _____
    MARIAN L. BORUM
    D.C. BAR # 435409
    Assistant United States Attorney
    U.S. Attorney's Office for the District of Columbia
    Civil Division
    501 Third Street, N.W., Fourth Floor
    Washington, D.C. 20530
    (202)514-6531

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Praecipe has been made via Electronic Case Filing and/or mail to counsel for plaintiff, Roy W. Krieger, Krieger & Zaid, PLLC, 1920 N Street, N.W., Suite 300, Washington, D.C. 20006, on March 24, 2006.

_____
MARIAN L. BORUM
D.C. BAR # 435409
Assistant United States Attorney
U.S. Attorney's Office for the    District of Columbia
Civil Division
501 Third Street, N.W., Fourth Floor
Washington, D.C. 20530
(202) 514-6531