UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER B., | ) |
|       **Plaintiff,** | ) |
| v. | ) Civil Action No. 05-2189 (RWR) |
| THE UNITED STATES OF AMERICA | ) |
|       **Defendant.** | ) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO
ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b) and for good cause shown, hereby respectfully moves for an enlargement of time of thirty (30) days, up to and including April 26, 2006, in which to answer, move or otherwise respond to plaintiff's complaint. Defendant's response would otherwise be due on March 27, 2006. Defendant seeks this enlargement on the following grounds:

The undersigned counsel recently transferred to the Civil Division and was assigned this matter on March 16, 2006. Upon being assigned the matter, undersigned counsel contacted agency counsel. Undersigned counsel learned that agency counsel needed additional time to provide the information necessary for a response in this matter.

Pursuant to Local Rule 7(m), Defendant's counsel informed plaintiff's counsel, Roy Krieger, Esquire, that she would be requesting an additional thirty (30) days to respond to plaintiff's complaint. Plaintiff's counsel graciously consented to this motion. For these reasons, defendant respectfully requests that the enlargement of time to answer, move or otherwise

respond to this complaint be granted.

An order granting the relief sought is attached hereto.

                Respectfully submitted,

                /s/
                KENNETH L. WAINSTEIN, D.C. BAR # 451058
                United States Attorney

                /s/
                RUDOLPH CONTRERAS, D.C. BAR # 434122
                Assistant United States Attorney

                /s/
                MARIAN L. BORUM, D.C. BAR # 435409
                Assistant United States Attorney
                555 4th Street, N.W., Rm. 4-4810
                Washington, D.C.  20530
                (202) 514-6531
                Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _24th__ day of March 2006, service of the foregoing defendant's Consent Motion for Enlargement of Time, was been made by first class mail, postage pre-paid, to plaintiff's counsel:

Roy W. Krieger
Krieger & Zaid, PLLC
1920 N Street, N.W., Suite 300
Washington, D.C. 20006

_____/s/_____
MARIAN L. BORUM
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER B.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-2189 (RWR) |
| | ) |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**O R D E R**

UPON CONSIDERATION of defendant's Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is, on this _____ day of March 2006,

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to and including April 26, 2006 in which to move, answer or otherwise respond to the Complaint.

_____
UNITED STATES DISTRICT JUDGE


Marian L. Borum
Assistant United States Attorney
555 Fourth Street, N.W., Room 4-4810
Washington, D.C.  20530

Roy W. Krieger
Krieger & Zaid, PLLC
1920 N Street, N.W., Suite 300
Washington, D.C.  20006