```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____     )
                                        )
**PETER B.,**                           )
                                        )
    **Plaintiff,**    )
                                        )
              **v.**     )   Civil Action No. 05-2189 (RWR)
                                        )
**UNITED STATES OF AMERICA,**           )
                                        )
    **Defendant.**    )
_____     )

### ORDER TO SHOW CAUSE

    On April 25, 2006, defendant filed a motion to dismiss this case for want of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). Plaintiff has failed to file a response to defendant's motion to dismiss within the time allotted by the local rules. Accordingly, it is hereby

    ORDERED that plaintiff shall show cause in writing by May 19, 2006 why the motion to dismiss should not be deemed conceded.

    SIGNED this 11th day of May, 2006.

```
                                   _____/s/_____
                                   RICHARD W. ROBERTS
                                   United States District Judge
```