UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PETER B., <br> (True Name and Address <br> Classified), <br> <br> Plaintiff <br> <br> v. <br> <br> THE UNITED STATES OF <br> AMERICA <br> <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil No. 05CV2189 (RWR) |

**PLAINTIFF S RESPONSE TO SHOW CAUSE ORDER**
**AND MOTION FOR ENLARGEMENT OF TIME**
**TO FILE AMENDED COMPLAINT**

NOW COMES Plaintiff, Peter B., by and through undersigned counsel, pursuant to the Show Cause Order of this Court, and avers as follows:

Defendant s Motion to Dismiss was served via ECF upon Plaintiff when undersigned counsel was visiting his wife in Minneapolis where she is undergoing treatment for cancer. Upon return undersigned counsel was ill for nearly a week with sinusitis, a chronic condition from which he suffers. During this period the response time to Defendant s Motion expired. Plaintiff anticipates filing an Amended Complaint in this matter which is nearly complete. However, the document must first be submitted to CIA for prefiling security review, a process that can often require two weeks. Plaintiff therefore requests a three week extension of time until June 9, 2006 in which to file his Amended Complaint.

Pursuant to LCvR 7(m) undersigned counsel attempt without success to contact counsel for Defendant on May 19, 2006 to determine if the instant motion is opposed.

WHEREFORE, Plaintiff prays this Honorable Court vacate its Show Cause Order and permit Plaintiff to file his Amended Complaint on or before June 9, 2006.

    Respectfully submitted,

_____/s/_____
Roy W. Krieger
D.C. Bar # 375754
KRIEGER & ZAID, P.L.L.C.
1920 N. Street, N.W.
Suite 300
Washington, D.C. 20036
202/452-4814