UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
PETER B.,                     )
                              )
    Plaintiff,                )
                              )
         v.                   )   Civil Action No. 05-2189 (RWR)
                              )
UNITED STATES OF AMERICA,     )
                              )
    Defendant.                )
_____)
```

### ORDER

On November 7, 2005, plaintiff filed a complaint against the United States alleging various acts of tortious conduct by the Central Intelligence Agency ("CIA") that caused plaintiff severe emotional distress.  Plaintiff had filed his administrative claim under the Federal Tort Claims Act, 28 U.S.C. § 2675, in November 2004, and the CIA mailed its denial of the claim on May 2, 2005. On April 25, 2006, defendant filed a motion to dismiss this case for want of subject matter jurisdiction because plaintiff failed to bring this claim within six months of the CIA mailing notice of the claim's denial to plaintiff, as required by 28 U.S.C. § 2401(b).  Plaintiff did not oppose the defendant's motion within the time prescribed by the local rules and was ordered to show cause in writing by May 19, 2006 why the motion to dismiss should not be deemed conceded.  Plaintiff responded to the order on May 19, 2006 by filing a motion for extension of time to amend the complaint.

- 2 -

Plaintiff's motion was unnecessary; he may amend his complaint as of right because no answer has been filed. See Fed. R. Civ. P. 15(a). More importantly, plaintiff's response to the show cause order stated no reason why the motion to dismiss should not be granted. It advanced no explanation as to how the amended complaint would cure any defect in the original complaint. Because the motion to dismiss appears to have merit and plaintiff has failed to show cause why the motion should not be granted as conceded, it is hereby

ORDERED that defendant's motion [9] to dismiss be, and hereby is, GRANTED as conceded and plaintiff's motion [11] for extension of time to amend his complaint be, and hereby is, DENIED as moot. The show cause order [10] is discharged. It is further

ORDERED that this case be, and hereby is, DISMISSED.

SIGNED this 13th day of June, 2006.

                                                  /s/
                              RICHARD W. ROBERTS
                              United States District Judge