UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER B. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2189 (RWR) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of plaintiff's Motion for Reconsideration, and it appearing that the relief prayed is just and appropriate, it is this _____ day of _____, 2006

ORDERED, that plaintiff's case is reinstated; and

FURTHER ORDERED, that the plaintiff has until \_\_\_\_ days from the date of this Order to submit for classification review to the Central Intelligence Agency either a First Amendment Complaint or a responsive pleading to the Government's Motion to Dismiss.

_____
UNITED STATED DISTRICT JUDGE