UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PETER B. | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-2189 (RWR) |
| UNITED STATES OF AMERICA | ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF FORTHCOMING REPLY

NOW COMES the plaintiff Peter B., by and through his undersigned counsel, to respectfully inform this Court that a Reply to the defendant's Opposition to Plaintiff's Motion for Reconsideration is being submitted to the Central Intelligence Agency today for classification review. Upon receiving authorization the response shall be formally filed.[1]

Date:   July 10, 2006

                                                                      Respectfully submitted,

                                                                       /s/
                                                                       _____
                                                                       Mark S. Zaid, Esq.
                                                                       DC Bar #440532
                                                                       Krieger & Zaid, PLLC
                                                                       1920 N Street, N.W., Suite 300
                                                                       Washington, D.C. 20036
                                                                       (202) 454-2809
                                                                       ZaidMS@aol.com

                                                                       Attorney for Plaintiff

---

[1] Due to an ECF error, which has been corrected, the undersigned counsel was not aware of the defendant's filing until Friday, July 7, 2006. In light of the circumstances, an accompanying Nunc Pro Tunc Motion for Extension shall accompany the reply.