## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER B., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2189 (RWR) |
| UNITED STATES OF AMERICA | ) |
| Defendant. | ) |

### PLAINTIFF'S NUNC PRO TUNC MOTION FOR EXTENSION OF TIME

NOW COMES the plaintiff, by and through his undersigned counsel, to respectfully move the Court for an extension of time to on or before July 11, 2006 (2:00 a.m.) to submit his Reply to the Central Intelligence Agency for classification review. Formal filing of the document will take place immediately following acknowledgment from the CIA that no classified information exists within. The Reply was due to be filed July 10, 2006.

Due to an ECF error, which was corrected by the Court on July 10, 2006, the undersigned counsel never received an electronic copy of the Government's Opposition that had been filed on June 30, 2006. Fortunately, Government counsel had also mailed a paper copy to the undersigned counsel but this was not received until Friday, July 7, 2006.

Plaintiffs' counsel discussed this request with defendants' counsel and did not receive any objection. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date: July 11, 2006

       Respectfully submitted,

          /s/
       _____
       Mark S. Zaid, Esq.
       DC Bar #440532
       Krieger & Zaid, PLLC
       1920 N St., N.W.
       Suite 300
       Washington, D.C. 20006
       (202) 454-2809