UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER B. | ) |
|     Plaintiff, | ) |
|     v. | ) Civil Action No. 05-2189 (RWR) |
| UNITED STATES OF AMERICA | ) |
|     Defendant. | ) |

**ORDER**

Upon consideration of plaintiff's Motion for Nunc Pro Tunc Extension of Time, and it appearing that the relief prayed is just and appropriate, it is this _____ day of July 2006

    ORDERED, that plaintiff's Motion is granted; and

    FURTHER ORDERED, that the plaintiff will submit his Reply for classification review to the Central Intelligence Agency by July 11, 2006; and

    FURTHER ORDERED, that the plaintiff will formally file his Reply upon receiving acknowledgment from the CIA that no classified information is contained therein.

_____
UNITED STATED DISTRICT JUDGE