## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER B.,  ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2189 (RWR) |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF MARK S. ZAID, ESQ.

The undersigned hereby declares as follows:

1. I am a person over eighteen (18) years of age and competent to testify. I make this Declaration on personal knowledge. This Declaration is submitted in support of the Reply to the Opposition to Plaintiff's Motion for Reconsideration.

2. I am the attorney for the plaintiff in this matter and I am the managing partner in the Washington, D.C. law firm of Krieger & Zaid, PLLC. I am admitted to practice law in the States of New York, Connecticut and the District of Columbia, as well as the D.C. Circuit, Second Circuit and Fourth Circuit Court of Appeals, and the United States District Courts for the District of Columbia, Maryland, Eastern District of New York, Northern District of New York and the Southern District of New York.

3. I spoke today with the Clerk's Office for the U.S. District Court for the District of Columbia to ascertain exactly when the Complaint in this case was "filed" with the Court. It was verified that a date stamp does exist on the back of the Complaint indicating the Complaint was submitted to the Court at 9:15 p.m. on November 1, 2005.

4. Because of the classified sensitivity surrounding the identity of the plaintiff an

accompanying motion to seek leave to violate the local rules was required in order to void the requirement for the plaintiff's last name and address. That motion, which was a technical not substantive necessity, was not ruled upon until November 7, 2005, which is why the docketing report erroneously notes that the date of the filing was November 7, 2005.

5. Given that the Central Intelligence Agency mailed its denial letter on May 2, 2005, the Complaint was timely filed.

I do solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge.

Date:   July 10, 2006

/s/
_____

Mark S. Zaid, Esq.
Attorney for Plaintiffs