**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                              )
PETER B.                                      )
(True Name And Address, Classified)           )
                                              )
        Plaintiff,                            )
                                              )
            v.                                )   Civil Action No. 05-2189 (RWR)
                                              )
UNITED STATES OF AMERICA                      )
                                              )
        Defendant.                            )
_____)

**NOTICE OF FORTHCOMING OPPOSITION**

NOW COMES the plaintiff Peter B., by and through his undersigned counsel, to respectfully inform this Court that his Opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction was submitted to the Central Intelligence Agency today for classification review. Upon receiving authorization the response shall be formally filed.

Date:   August 1, 2006

                                              Respectfully submitted,

                                                  /s/
                                              _____
                                              Mark S. Zaid, Esq.
                                              DC Bar #440532
                                              Krieger & Zaid, PLLC
                                              1920 N Street, N.W., Suite 300
                                              Washington, D.C. 20036
                                              (202) 454-2809
                                              ZaidMS@aol.com

                                              Attorney for Plaintiff