# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER B., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2189 (RWR) |
| | ) |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

_____Defendant , by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b) and for good cause shown, hereby respectfully moves for an enlargement of time of two weeks, up to and including August 22, 2006, in which to reply to Plaintiff's Opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docket Number 23).  Defendant's response would otherwise be due on August 8, 2006.  Defendant seeks this enlargement on the following grounds:

Agency counsel assigned to this case is in trial in another matter.  Other counsel from that office are attempting to gather information to respond to arguments made in Plaintiff's Opposition to Defendant's Motion to Dismiss. However, to do so will require additional time.

Pursuant to Local Rule 7(m), Defendant's counsel informed Plaintiff's counsel, Mark Zaid, Esquire, that she would be requesting an additional two weeks to respond to Plaintiff's opposition.  Plaintiff's counsel graciously consented to this motion.  For these reasons, defendant respectfully requests that the enlargement of time to reply to Plaintiff's opposition be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____

_____
MARIAN L. BORUM, D.C. BAR # 435409
Assistant United States Attorney
555 4th Street, N.W., Rm. 4-4810
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th day of August, 2006, the foregoing was served upon

counsel for plaintiff via the Court's ECF e-mail and by first class mail, postage pre-paid, to

plaintiff's counsel:

Mark Zaid
Krieger & Zaid, PLLC
1920 N Street, N.W., Suite 300
Washington, D.C.  20006

_____
MARIAN L. BORUM
Assistant United States Attorney

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PETER B.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 05-2189 (RWR)** |
| | ) |
| **THE UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**O R D E R**

UPON CONSIDERATION of defendant's Consent Motion for Enlargement of Time, the

merits thereof, and for good cause shown, it is, on this _____ day of August 2006,

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to and including August 22, 2006 in

which to reply to Plaintiff's opposition.

_____
UNITED STATES DISTRICT JUDGE

Marian L. Borum
Assistant United States Attorney
555 Fourth Street, N.W., Room 4-4810
Washington, D.C.  20530

Mark Zaid
Krieger & Zaid, PLLC
1920 N Street, N.W., Suite 300
Washington, D.C.  20006